DECEMBER 8, 1969

No. ——.   O'NEIL v. NELSON, WARDEN.   C. A. 9th Cir. Application for release on personal recognizance denied. *Thomas C. Lynch,* Attorney General of California, *Albert W. Harris, Jr.,* Assistant Attorney General, and *Derald E. Granberg,* Deputy Attorney General, in opposition.

No. ——.   DURHAM ET UX. v. INDEPENDENCE HOMES, INC.   Sup. Ct. Ill.   Application for stay and approval of supersedeas appeal bond presented to MR. JUSTICE DOUGLAS, and by him referred to the Court, denied. *Thomas B. McNeill* for applicants.   *Burton Y. Weitzenfeld* and *John F. McClure* in opposition.

No. 175.   MORAGNE v. STATES MARINE LINES, INC., ET AL.   C. A. 5th Cir.   [Certiorari granted, *ante,* p. 900.] The Solicitor General is invited to submit a brief as *amicus curiae* and to participate in oral argument.   The parties and the Solicitor General requested to brief, in addition to other issues presented, question whether *The Harrisburg,* 119 U. S. 199, should be overruled.

No. 403.   UNITED STATES v. VAN LEEUWEN.   C. A. 9th Cir.   [Certiorari granted, *ante,* p. 885.]   Motion of respondent for the appointment of counsel granted.   It is ordered that *Craig G. Davis, Esquire,* of Bellingham, Washington, be, and he is hereby, appointed to serve as counsel for respondent in this case.

No. 817.   MASTRIPPOLITO v. UNITED STATES.   C. A. 9th Cir.   Application for bail presented to MR. JUSTICE MARSHALL, and by him referred to the Court, denied. *Burton Marks* for applicant.   *Solicitor General Griswold* in opposition.